FILED
CHARLOTTE, NC
FEB 1 2024
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 3:24-cr-19-KDB |
| v. | **BILL OF INFORMATION** |
| GEORGE BATES | Violations: 18 U.S.C. § 922(a)(1)(A) |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
(*Dealing in Firearms Without a License*)

On or about and during the years of 2020, 2021 and 2022, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**GEORGE BATES,**

Not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A), 923(a), and 924(a)(1)(D).

DENA J. KING
UNITED STATES ATTORNEY

*/s/ signature/*

TIMOTHY SIELAFF
ASSISTANT UNITED STATES ATTORNEY