Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET             U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**  ◯ YES    ⦿ NO       **DOCKET NUMBER:** 3:24-cr-19-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | : US vs | GEORGE BATES |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | SUMMONS |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ⦿ Felony

18 U.S.C. 922(a)(1)(A)

**JUVENILE:**    ◯ Yes    ⦿ No

| | | |
|---|---|---|
| **ASSISTANT U. S. ATTORNEY** | : | TIMOTHY SIELAFF |
| **VICTIM/WITNESS COORDINATORS:** | | |
| **INTERPRETER NEEDED** | : | |
| **LIST LANGUAGE AND/OR DIALECT:** | | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | | |

(Maintain form in the Attorney Work Product folder / purge before archiving )

Case 3:24-cr-00019-KDB-DCK   Document 1-1   Filed 02/01/24   Page 1 of 1